

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-16-00779-CR

Anthony Newton **HARRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9455
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

Appellant's brief was originally due May 25, 2017.  The brief was not filed.  On May 31, 2017, this court notified appellant's counsel, Karen Dalglish Seal, the brief was past due.  On June 9, 2017, Ms. Seal filed a response asserting she was not appellate counsel for appellant. After reviewing the record, this court determined Ms. Seal had in fact been appointed as appellate counsel to represent appellant.  By telephone, the clerk's office of this court advised Ms. Seal she was appellate counsel for appellant and should either take steps in the trial court to withdraw or file the brief.  On June 21, 2017, Ms. Seal filed a motion for extension of time, seeking an additional sixty days in which to file the brief.  Ms. Seal also advised she would seek to have alternate appellate counsel appointed for appellant.  After review, we granted the motion for extension of time in part, ordering counsel to file the brief on or before July 24, 2017.  No brief has been filed and we have not received any information that alternate counsel has been appointed.

Accordingly, we **ORDER** Karen Dalglish Seal file appellant's brief in this case on or before **August 30, 2017**.  Counsel is advised that no further extensions of time will be granted absent written proof of extraordinary circumstances.  If the brief is not filed on or before the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.

We **order** the clerk of this court to serve this order on appellant's counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to

addressee only, or give other personal notice of this order with proof of delivery.  We further **order** the clerk of this court to serve a copy of this order on all counsel and the trial court.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

Luz Estrada
Chief Deputy Clerk